PROB 12D
(6/05)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 0 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE  WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender: Abraham Daniel Johnson        Case Number: 2:07CR00042-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush Sr. U.S. District Judge

Date of Original Sentence: 10/11/2007        Type of Supervision: Supervised Release

Original Offense: Activities Relating to Material        Date Supervision Commenced: 5/10/2012
Constituting of Containing Child Pornography

Original Sentence: Prison - 60 Months; TSR - 60        Date Supervision Expires: 5/9/2017
Months

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

26.        You shall not have contact with any child under the age of 18, without the presence of an adult.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

On August 7, 2012 the offender self-disclosed consistent contact with minor aged children while in the community. Specifically, Mr. Johnson accompanies his fiancé to her sister's home where two minor children reside. It is noted that the court did not impose the above-mentioned condition at sentencing on October 11, 2007.

Abraham Johnson was approached about modifying his conditions of supervision in order to limit the potential risk to the community. He adamantly disagreed with the need to impose the aforementioned condition. At that time, the undersigned advised the offender to contact his attorney and discuss the options available without seeking a court appearance before You Honor. On August 9, 2012, Abraham Johnson left a voice mail advising he looked forward to addressing the matter before the court.

The proposed modification is generally imposed by the court when an offender is under supervision for receipt of child pornography. The special condition as noted is considered an integral measure in limiting any possible threat to minors in the community. Mr. Johnson is participating in sexual deviancy counseling and is considered compliant to date.

It is respectfully recommended that the court impose the above-referenced special condition.

Prob 12D
**Re: Johnson, Abraham Daniel**
**August 10, 2012**
**Page 2**

The U.S. Probation Office recommends the court issues a summons requiring the offender to appear in order to address the request for modification contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

by      s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date: August 10, 2012

## THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

8/10/2012

Date